IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-143-KDB-DCK

| | |
|---|---|
| PHOEURN MEN, and CASE FARMS PROCESSING INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| ANTHONY BLINKEN, et al., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Helen Parsonage, concerning Brian Scott Green, on January 10, 2024. Brian Scott Green seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Brian Scott Green is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 10, 2024

David C. Keesler
United States Magistrate Judge